**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00781-CV

## SHIN JAE-HO, Appellant

## V.

## AMERICAN BUREAU OF SHIPPING, Appellee

### On Appeal from the 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2017-49653

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 22, 2018. On November 21, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.